# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TIMOTHY BURTON**                          **PLAINTIFF**
**#99940**

V.            Case No. 4:24-cv-00065-LPR-BBM

**RODNEY WRIGHT,** *Sheriff, Saline County Sheriff's Office*; **GILLIAM,** *Captain, Saline County Detention Center*; and **SCHAFER,** *Sergeant, Saline County Detention Center*          **DEFENDANTS**

## ORDER

On January 25, 2024, Timothy Burton, an inmate at the Saline County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On February 5, 2024, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3] Plaintiff has not complied with, or otherwise responded to, the February 5, 2024 Order, and the time for doing so has expired. Additionally, Plaintiff's mail is being returned as undeliverable.[4]

Accordingly, Plaintiff's Complaint (Doc. 1) is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of March 2024.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.* at 3.

[4] Returned Mail (Docs. 4–7).

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE